Eric O'DELL, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 62052.

Missouri Court of Appeals, Western District.

Sept. 2, 2003.

Vanessa Caleb, Kansas City, MO for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, III, Shaun J. Mackelprang, Jefferson City, MO for Respondent.

Before JAMES M. SMART, Jr., P.J., ROBERT G. ULRICH and LISA WHITE HARDWICK, JJ.

## ORDER

PER CURIAM.

Eric O'Dell appeals the judgment of the motion court denying his Rule 24.035 motion for postconviction relief without an evidentiary hearing. He contends that his guilty plea was entered unknowingly, involuntarily, and unintelligently because his plea counsel failed to advise him that a jury would not hear about his prior criminal record if he chose not to testify. The judgment of the motion court is affirmed. Rule 84.16(b).